# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| JOSE VARELA, JR., | |
| Plaintiff, | Case No. 2:10-CV-2030-KJD-GWF |
| v. | **ORDER** |
| ROPP, *et al*., | |
| Defendants. | |

On May 11, 2011, the Magistrate Judge entered an Order (#5) granting Plaintiff's application to proceed *in forma pauperis*, but dismissing Plaintiff's complaint with leave to amend. The Court ordered Plaintiff to file an amended complaint no later than June 10, 2011 and warned Plaintiff that failure to file an amended complaint would result in dismissal of this action. Though the time for doing so has passed, Plaintiff has failed to file an amended complaint or otherwise respond to the Court's order.

Accordingly, **IT IS HEREBY ORDERED** that Plaintiff's Complaint (#4) is **DISMISSED**.

DATED this 11th day of July 2011.

_____
Kent J. Dawson
United States District Judge